IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED

JUL 16 2020

Clerk, U.S. Courts
District Of Montana
Billings Division

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF USPS EXPRESS PACKAGE ADDRESSED TO LUIS A. ROCHA 204 N DAVIS ST BELGRADE, MT 59714 FROM SALVADOR SANCHEZ 91098 7TH ST APT. 409 MECCA, CA 92254, TRACKING NO. EE220475981US | MJ 20- 70 -BLG-TJC ORDER | |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application and Affidavit for Search Warrant and Search Warrants filed herein, are SEALED.

IT IS FURTHER ORDERED that this case is unsealed for the sole purpose of complying with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f) and for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and service/receipt of request for discovery by defense counsel,

\\

\\

\\

\\

1

pursuant to Fed. R. Crim. P. 16.

DATED this __16__ day of July, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge